UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LINDA MACHADO and FABIAN MACHADO,

        Plaintiffs,

   -against-

HERSHEY ENTERTAINMENT AND RESORTS
COMPANY and PENN STATE HEALTH - WILLIAM
H. HERSHEY MEDICAL CENTER,

      Defendants.
-------------------------------------------------------------------X

Case No.:

**NOTICE OF REMOVAL**

    1.    Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, the Defendants, Hershey Entertainment and Resorts Company and Penn State Health-Milton S. Hershey Medical Center i/s/h/a Penn State Health-William H. Hershey Medical Center, hereby file this Notice of Removal of the above-captioned matter from the Supreme Court of the State of New York, County of Suffolk, to the United States District Court, Eastern District of New York.

    2.    The Defendants are named as parties in a civil action commenced by Plaintiffs in the Supreme Court of the State of New York, County of Suffolk, captioned *Linda Machado and Fabio Machado v. Hershey Entertainment and Resorts Company and Penn State Health-William H. Hershey Medical Center*, Index No. 618283/2021 ("the State Court Action"). A copy of Plaintiff's Summons and Complaint is annexed hereto as Exhibit A.

    3.    The State Court Action was commenced when Plaintiff filed the Summons and Complaint on September 24, 2021. The Summons is dated September 22, 2021. The Complaint is not dated.

    4.    Upon information and belief, Defendants were served with the Summons and Complaint on October 18, 2021.

5.    Plaintiffs' Complaint expressly alleges that Plaintiffs seek to recover damages in excess of $75,000, exclusive of interest and costs, against the Defendants.

6.    The State Court Action is a civil action, a controversy between citizens of different states, in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and therefore, this Court has original jurisdiction thereof pursuant to 28 U.S.C. §1332.

7.    The State Court Action may be removed to this Court by the Defendants pursuant to 28 U.S.C. §1441 (a) and (b).

8.    On November 1, 2021, counsel for the Defendants sent an e-mail to Plaintiff's counsel, asking whether Plaintiff's counsel would stipulate that the total amount of damages Plaintiffs may recover, if any, in this action shall not exceed $75,000, exclusive of interest and costs, and advised Plaintiff's counsel that if they would not so stipulate, the Defendants would remove this matter to federal court.  On November 2, 2021, Plaintiffs' counsel indicated that he would not stipulate to cap the total amount of damages Plaintiffs may recover in this action at $75,000.

9.    According to the Plaintiffs' Summons and Complaint, Plaintiffs are citizens of the State of New York.

10.    Defendant Hershey Entertainment & Resorts Company is a Pennsylvania corporation, with a principal place of business in Pennsylvania.

11.    Defendant Penn State Health-William H. Hershey Medical Center is a Pennsylvania corporation, with a principal place of business in Pennsylvania.

12.    The Plaintiffs are citizens of the State of New York. None of the Defendants are citizens of the State of New York.

13.    A copy of this Notice of Removal will be filed with the clerk of the Supreme Court of the State of New York, County of Suffolk, as required by 28 U.S.C. §1446(d).

14.    By submitting this Notice of Removal, the Defendants do not admit that the Complaint has any basis in law or fact, nor do the Defendants waive any defenses, claims or counterclaims they may have.

15.    None of the Defendants have filed a responsive pleading in the State Court Action.

**WHEREFORE**, notice is given that this action is hereby removed from the Supreme Court of the State of New York, Suffolk County, to the United States District Court, Eastern District of New York, and the Defendants request that this action proceed in this Court as an action properly removed to it.

Dated:    Garden City, New York
          November 18, 2021

PILLINGER MILLER TARALLO, LLP

By: _____
NEIL L. SAMBURSKY (NS-8520)
Attorneys for Defendant
Hershey Entertainment and Resorts Company and
Penn State Health-Milton S. Hershey Medical
Center i/s/h/a Penn State Health-William H.
Hershey Medical Center
1140 Franklin Avenue, Suite 214
Garden City, New York 11530
(516) 408-5388
PMT File No.  JTM-DD-00102

3

TO:    JOSEPH T. ADRAGNA, ESQ.
       Attorney for Plaintiffs
       Linda Machado and Fabian Machado
       58 E. Main Street
       Huntington, NY 11743
       (631) 271-0030